**SEALED**

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

**FILED**
SEP 0 4 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO. 1:18 SW - 0 0 3 5 9 SKO |
| THE UNDEVELOPED AREA ON SEQUOIA NATIONAL PARK LAND, WITHIN THE APPROXIMATE GPS COORDINATES OF N36°36.729' / W118°53.327' AND ANY SATELLITE SITES. | ORDER FOR DESTRUCTION OF BULK MARIJUANA |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter pursuant to the duly authorized search warrant in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the National Park Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants or processed marijuana seized in this case in accordance with National Park Service policy and protocol, to include destruction after the videotaping, photographing, and counting of marijuana plants and/or weighing of plants or processed marijuana and after a representative sample consisting of no more than ten pounds and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: ~~August~~ September 4, 2018

_Sheila K. Oberto_
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

Destruction Order                                 1